UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COAST RUNNER, INC.,

    Plaintiff,

v.

KICKSTARTER, PBC, et al.,

    Defendants.

Case No. 25-cv-06900-RS

**ORDER TRANSFERRING CASE**

This action was initiated in the Western District of Texas. On August 14, 2025, the magistrate judge assigned to the matter in that district entered an order transferring the case to this district. Dkt. 58. The following day, the transfer to this court was effected electronically. Dkt. 59. It does not appear the parties had consented to the jurisdiction of the magistrate judge in Texas to hear the case for all purposes. Rather, the case remained assigned to a district court judge, and the magistrate judge was adjudicating the motions pursuant to a referral. In those circumstances, the magistrate judge's order was necessarily either making a ruling on a non-dispositive matter, to which parties were entitled to object within 14 days, or effectively a Report and Recommendation to the assigned district court judge. In either situation, any party timely objecting to the magistrate judge's ruling would have a right to district court review of the objection.

Plaintiff asserts it wished to object to the magistrate judge's ruling in the Texas court, but was deprived of the opportunity to do so, because the transfer took place the day after the ruling issued. It would not be appropriate for a judge in this District to review the merits of the order of

the magistrate judge in Texas. Accordingly, this matter is hereby ordered re-transferred to the Western District of Texas. This court expresses no opinion on the merits of plaintiff's objection to the magistrate judge's ruling, and stands ready to adjudicate this case if the court in the Western District of Texas ultimately determines the decision to transfer was appropriate, and once again transfers the case here.

**IT IS SO ORDERED**.

Dated: August 29, 2025

_____
RICHARD SEEBORG
Chief United States District Judge